FILED
MAR 0 8 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name **GARRISON  ANTHONY  T**
     (Last)       (First)       (Initial)

Prisoner Number **201203778**

Institutional Address **1125 THIRD ST NAPA CA. 94559**

===

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**ANTHONY TYRONE GARRISON**
(Enter the full name of plaintiff in this action.)

vs.

**OFFICER BAUTISTA #560 BADGE**
**VALLEJO POLICE DEPT.**

(Enter the full name of the defendant(s) in this action)

Case No. **2:13CV0479 KJN (PC)**
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**Title 42 U.S.C § 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies.

     [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

     A.    Place of present confinement **NAPA CO. JAIL**

     B.    Is there a grievance procedure in this institution?
           YES (X)    NO ( )

     C.    Did you present the facts in your complaint for review through the grievance procedure?
           YES (X)    NO ( )

     D.    If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT         - 1 -

1 |     1. Informal appeal _FILED A CITIZENS COMPLAINT_
2 |     _WITH THE INTERNAL AFFAIRS SECTION OF_    A
3 |     _THE VALLEJO POLICE DEPARTMENT_
4 |     2. First formal level _____
5 |
6 |
7 |     3. Second formal level _____
8 |
9 |
10 |     4. Third formal level _____
11 |
12 |
13 |   E.   Is the last level to which you appealed the highest level of appeal available to
14 |     you?
15 |         YES (X)    NO ( )
16 |   F.   If you did not present your claim for review through the grievance procedure,
17 | explain why. _____
18 | _____
19 | _____
20 | II.   Parties.
21 |   A.   Write your name and your present address. Do the same for additional plaintiffs,
22 |     if any.
23 | _ANTHONY TYRONE GARRISON_
24 | _1125 THIRD ST._
25 | _VALLEJO CA, 94559_
26 |   B.   Write the full name of each defendant, his or her official position, and his or her
27 |     place of employment.
28 | _OFFICER BAUTISTA #560, VALLEJO POLICE DEPT._

COMPLAINT                                 - 2 -

III.   Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON 11/10/12 OFFICER BAUTISTA #560 KICKED ME IN THE FACE WHILE I WAS ON THE GROUND BEING TASED, THEN TRIED TO COVER IT UP IN HIS POLICE REPORT, ~~~~~~~~~, SAYING HE DID A ROUND HOUSE KICK, BUT IN REPORT IT CLEARLY STATES I WAS ON THE GROUND ALREADY, TRIED TO MAKE IT SEEM LIKE I HAD A WEAPON OR WAS GOING FOR ONE, HE ALSO TOOK $3,500 OFF MY PERSON WHICH WAS NEVER ACCOUNTED FOR IN HIS REPORT

IV.   Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

PUT A RESTRAINING ORDER AGAINST BAUTISTA, AND APPOINT ME A LAWYER TO PURSUE $10 MILLION FOR EXCESSIVE FORCE by THIS OFFICER,

COMPLAINT                                       - 3 -

1  THIS ISN'T MY FIRST RUN IN WITH HIM, HE
2  NEEDS TO BE REMOVED FROM HIS POSITION IF
3  NOT JOB ALTOGETHER

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___5TH___ day of ___MARCH___, 20_13_

_____
(Plaintiff's signature)

COMPLAINT                                    - 4 -