IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY TYRONE GARRISON,

      Plaintiff,                         No. 2:13-cv-0479 JAM KJN P

   vs.

OFFICER BAUTISTA, et al.,

      Defendants.               <u>ORDER</u>

         By order filed June 12, 2013, this court directed that plaintiff, within fourteen days after service, inform the court whether he intended to proceed with this action against defendant Bautista, or request voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Plaintiff was informed that "[f]ailure . . . to timely inform the court of his choice . . . shall result in the dismissal of this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2)." (ECF No. 14 at 4.) A month has now passed, but plaintiff has filed nothing in this action or otherwise communicated with the court. The court construes plaintiff's inaction as his choice that this action be dismissed.

////

////

////

1

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).

        SO ORDERED.

DATED: July 12, 2013

                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

/garr0479.vol.dsms