IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY TYRONE GARRISON,

     Plaintiff,                  No. 2:13-cv-0479 JAM KJN P

    vs.

OFFICER BAUTISTA, et al.,

     Defendants.         ORDER

_____/

       By order filed July 15, 2013, this court granted plaintiff's request for voluntary dismissal of this action (see ECF Nos. 12, 15), following plaintiff's failure to timely respond to the court's order granting plaintiff additional time within which to reconsider his request (see ECF No. 14.) Nevertheless, plaintiff now informs the court that he was mistaken, and seeks to reopen this action. (ECF No. 16.) In deference to plaintiff's pro se status, the court will grant plaintiff's request. However, plaintiff is informed that the court will view with disfavor any future requests to deviate from the routine procedures of this court, particularly when premised on plaintiff's failure to abide by court orders.[1]

---

[1] Local Rule 110 provides that failure to comply with the Local Rules or an order of this court "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Finally, Rule 41(b), Federal Rules of Civil Procedure, provides:

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion filed July 22, 2013 (ECF No. 16), is granted.

2. This case is reopened.

3. The Clerk of Court shall direct the U.S. Marshal to serve process on sole defendant Bautista (see ECF Nos. 8, 13).

SO ORDERED.

DATED: July 26, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/garr0479.reopen

---

**Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

2